UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| Robert Kalis | Case No. l:13-cv-05334 |
| Plaintiff | Honorable Manish S. Shah |
| v. | |
| A.W. Chesterton Company, et al. | |
| Defendants | |

JOINT INITIAL STATUS REPORT

Pursuant to order of this Court on March 17, 2015, the parties submit this joint initial status report.

1. The Nature of the Case

    a. Attorneys of record:

    **Plaintiff's Lead Trial Attorney:**
    Robert G. McCoy
    Cascino Vaughan Law Offices, Ltd.
    220 South Ashland Avenue
    Chicago, IL 60607
    Phone: (312) 944-0600
    Email: bmccoy@cvlo.com

    **Plaintiff's Attorney:**
    Daniel Hausman
    Cascino Vaughan Law Offices, Ltd.
    220 South Ashland Avenue
    Chicago, IL 60607
    Phone: (312) 944-0600
    Email: dhausman@cvlo.com

    **Defendant's Lead Trial Attorney:**
    Daniel R. Griffin
    O'Connell, Tivin, Miller and Burns, LLC
    135 S. LaSalle Street, Suite 2300
    Chicago, IL 60603

Phone: (312) 256-8800
Email: dgriffin@otmblaw.com

**Defendant's Attorneys:**
Daniel O'Connell
Mark Tivin
Meredith Hudgens
Simon Purnell
O'Connell, Tivin, Miller and Burns, LLC
135 S. LaSalle Street, Suite 2300
Chicago, IL 60603
Phone: (312) 256-8800
dan@otmblaw.com
mark@otmblaw.com
mhudgens@otmblaw.com

b. Basis for federal jurisdiction:

Basis for federal jurisdiction is 28 U.S.C. § 1332(a) - Diversity of citizenship; amount in controversy.

c. Claims asserted and counterclaims:

Plaintiff asserts claims of negligence; Defendant does not assert counterclaims.

Cleaver-Brooks filed its Answer and Jury Demand on August 12, 2013. Cleaver-Brooks filed Cross Claims and Answers to Anticipated Cross Claims on August 12, 2013.

d. Legal and factual issues are as follows:

(1) Whether Robert Kalis himself contributed to his own injury;
(2) Whether Robert Kalis sustained any asbestos-related injury;
(3) Whether Robert Kalis sustained damages as a result of any alleged asbestos related injury;
(4) Whether Robert Kalis ever encountered an asbestos-containing product for which Cleaver-Brooks is legally responsible; and
(5) Whether Cleaver-Brooks can maintain any of its Affirmative Defenses advanced in its August 12, 2013, Answer.

Defendant contends that whether Robert Kalis was exposed to asbestos on a regular, frequent and proximate basis such that asbestos from any particular entity caused his alleged injury is a legal and factual issue. Plaintiff disagrees.

e. Relief sought:

Plaintiff:
Past and future medical;

Past and future pain and suffering;
Loss of normal life;
Costs and disbursements of this action; and
Any other relief to which Plaintiff may be entitled.

Defendant:
Dismissal of all claims with prejudice.

2. Pending Motions and Case Plan

Plaintiff's Position: The suggestion of remand order from the MDL-875 Court states, "the Court finds that this case is prepared for trial without any delay once on the transferor court's docket." The suggestion of remand memorandum from the MDL-875 Court states, "cases that are remanded to transferor courts are ordinarily ready for trial."

Defendant's Position: Prior to this case being remanded, there were several discovery matters left outstanding including the following: (1) Plaintiff to provide any supplement and update to medical records, and supplemental bankruptcy claim information including affidavits of exposure (2) Cleaver-Brooks' substitution of medical expert witness in the event that Dr. Peter Barrett is unable to testify (3) plaintiff is to provide any supplemental expert report based on substitution (4) defendants are to provide any supplemental expert reports (5) parties to depose treating physicians of Mr. Kalis (6) parties to depose witnesses who may provide quality of life and claimed damages (7) the parties are to depose Plaintiff's experts upon case-specific opinions (8) Cleaver-Brooks may refile it motion for summary judgment as permitted by prior order. Cleaver-Brooks has proposed dates of these events to plaintiff and will seek a scheduling order from this Honorable Court.

a. <u>Pending motions:</u>

Defendant has been granted leave from the MDL Court to refile a Motion for Summary Judgment asserting the "bare metal defense." MDL Court has adjudicated all other dispositive motions. Plaintiff asserts that the case is trial ready as set forth in the remand order from the MDL-875 Court.

Defendant's Position: Cleaver-Brooks has a pending Motion for Summary Judgment that will need further briefing by Plaintiff and Defendant.
Plaintiff's Position: All issues presented in the Motion for Summary Judgment in the MDL-875 Court were resolved by court order except for the "bare metal defense," which is to be decided on remand.

Cleaver-Brooks seeks leave of the court to disclose a substitute medical expert. Based on information recently obtained, our sole medical expert, Dr. Peter Barrett suffered a debilitating illness such that he cannot offer any testimony in this case. Dr. Barrett authored two reports in this matter based on his review of the case-specific materials dated August 15, 2014, and August 28, 2014. Plaintiff has no opposition to a new expert

in the same field and a report from that expert in the same field limited to review of the same materials Dr. Barrett received.

*Daubert* Motions and Motions in Limine are expected to be filed and we will need rulings on those motions prior to trial commencing. Plaintiff contends dispositive *Daubert* motions are barred by the suggestion of remand from the MDL-875 Court and the MDL-875 Scheduling Order setting a date of November 3, 2014 for dispositive motions.

b. Discovery plan:

Discovery is closed subject to the MDL agreement among parties that treating physicians and family members can be disposed if necessary. Plaintiff does not foresee the need to conduct further discovery.

Defendant's Position: Prior to this case being remanded, there were several matters concerning exposure testimony left outstanding. Cleaver-Brooks may need to depose family members and treating physicians of Robert Kalis. Plaintiff has disclosed only two experts in this case: Dr. Henry Anderson and Stephen Kenoyer/Kenneth Garza. Cleaver-Brooks requested these witnesses' depositions on multiple occasions including in written correspondence on July 10, 2014, and November 17, 2014. Despite these requests, Plaintiff did not tender them for deposition. Cleaver-Brooks moves to preclude the testimony of these witnesses or, in the alternative, take their depositions in this matter as soon as possible.
Plaintiff's Position: Plaintiff has no objection to the depositions of the family members, treating physicians, and disclosed experts providing the scheduling, including completion of the Motion for Summary Judgment asserting the "bare metal defense," is not delayed. Plaintiff does not agree with the characterization of the status of expert's depositions.

c. Jury trial and length of trial:

Jury trial
Plaintiff's Position: Length of two weeks
Defendant's Position: Length of three weeks

3. Consent to Proceed Before a Magistrate Judge:

There is no unanimous consent to proceed before a Magistrate Judge.

4. Status of Settlement Discussions:

Plaintiff's law firm, CVLO, has settled many cases with Cleaver-Brooks although there have been no settlement discussions concerning this case specifically.

Magistrate Judge Strawbridge, prior to the remand from the MDL-875 Court, scheduled a settlement conference to be held on January 14, 2015. Prior to the mediation and settlement conference, the Robert Kalis case was removed from the agenda without

explanation. Therefore, there have been no settlement discussions concerning this case specifically. We propose counsel to discuss settlement and report to the court on the status of settlement discussions.

Respectfully submitted April 7, 2015.

/s/ Robert G. McCoy _____  
Attorney for Plaintiff  
Robert G. McCoy  
Cascino Vaughan Law Offices  
220 S. Ashland Ave.  
Chicago, IL 60607  
(312) 944-0600  
bmccoy@cvlo.com

/s/ Daniel R. Griffin_____  
Attorney for Defendant  
Daniel R. Griffin, Esq. (#6286284)  
O'Connell, Tivin, Miller & Burns, LLC  
135 S. LaSalle Street, Suite 2300  
Chicago, IL 60603  
(312) 256-8800  
dgriffin@otmblaw.com