# Ex. 1

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Robert Kalis

        Plaintiff,

v.

                   Case No.: 1:13−cv−05334
                   Honorable Manish S. Shah

Cleaver Brooks Inc., et al.

        Defendant.

_____

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 10, 2015:

    MINUTE entry before the Honorable Manish S. Shah: Status hearing held. The Clerk is directed to modify the court's docket to reflect that Cleaver Brooks, Inc. is the only remaining defendant in this matter. Defendant's supplemental expert disclosure and supplemental experts' reports shall be served by 6/10/15. The deposition of Defendant's expert shall be completed by 7/10/15. Plaintiff's updated rebuttal disclosure shall be served by 8/24/15. Updated family and treating professionals' depositions, along with any necessary updated document production, shall be completed by 7/10/15. Plaintiff shall also produce a list of fact witnesses Plaintiff intends to rely on at trial by 7/10/15. Defendant's bare metal motion shall be filed by 8/31/15. Plaintiff's response shall be filed by 9/30/15. Defendant's reply shall be filed by 10/14/15. Continued status hearing is set for 10/1/15 at 9:30 a.m. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.